392 P.2d 679

Melisandro MARTINEZ, Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, Respondent.

No. 80 HC.

Supreme Court of New Mexico.

June 3, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied as there is no showing of unusual delay.

392 P.2d 679

Mack P. MEDINA, Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, et al., Respondents.

No. 78 HC.

Supreme Court of New Mexico.

June 3, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

392 P.2d 679

David Lawrence PETERSON, Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, Respondent.

No. 77 HC.

Supreme Court of New Mexico.

June 3, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied as there is no showing of unusual delay.